*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   July 23, 2015                D-53-15
_____

In the Matter of GOLDIE C.
    SOMMER, an Attorney.                    MEMORANDUM AND ORDER
                                                ON MOTION
(Attorney Registration No. 1756568)

_____


Calendar Date: June 22, 2015

Before:  Lahtinen, J.P., Garry, Lynch and Clark, JJ.

                        _____


     Monica A. Duffy, Committee on Professional Standards,
Albany (Sarah A. Leggio of counsel), for Committee on
Professional Standards.

     Goldie C. Sommer, Fairfield, New Jersey, pro se.


                        _____


Per Curiam.

     Goldie C. Sommer was admitted to practice by this Court in
1981 after being admitted in New Jersey in 1976, where she
maintains an office for the practice of law.

     By order entered May 16, 2014, the Supreme Court of New
Jersey suspended Sommer from the practice of law for one year for
violating Rule 8.4 (b) of the New Jersey Rules of Professional
Conduct by committing a criminal act that reflects adversely on
her honesty, trustworthiness or fitness as a lawyer.  That rule
violation was premised upon Sommer's May 2013 conviction in the
United States District Court of the District of New Jersey, upon
her plea of guilty of the federal crime of conspiracy to
structure transactions in order to evade a bank reporting
requirement (see 18 USC § 371; see also 31 USC § 5324 [a] [3];
[d] [1]).

As a result of the discipline imposed in New Jersey, the Committee on Professional Standards moves for an order imposing discipline pursuant to this Court's rules (see Rules of App Div, 3d Dept [22 NYCRR] § 806.19).  Sommer replied to the motion, but failed to raise any available defenses (see Rules of App Div, 3d Dept [22 NYCRR] § 806.19 [d]), and, therefore, we grant the Committee's motion.  Moreover, having considered the nature of Sommer's misconduct, her letter memorandum in mitigation and the consequent discipline imposed in New Jersey, we conclude that she should also be suspended from the practice of law in this state for a period of one year (see Matter of Engelhart, 125 AD3d 1094, 1094 [2015]; Matter of Yannon, 117 AD3d 1380, 1381 [2014]).

Lahtinen, J.P., Garry, Lynch and Clark, JJ., concur.


ORDERED that the motion of the Committee on Professional Standards is granted; and it is further

ORDERED that Goldie C. Sommer is suspended from the practice of law for a period of one year, effective immediately, and until further order of this Court; and it is further

ORDERED that, for the period of suspension, Goldie C. Sommer is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and Sommer is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further

ORDERED that Goldie C. Sommer shall comply with the provisions of this Court's rules regulating the conduct of suspended attorneys (see Rules of the App Div, 3d Dept [22 NYCRR] § 806.9).


ENTER:

Robert D. Mayberger
Clerk of the Court